840 A.2d 991

**Mark Allen KUTNYAK, Appellant,**

v.

**Jeffrey A. BEARD, Secretary of Corrections, Thomas Lavan, Superintendent, Mr. Flaherty, Records Supervisor, Richard Holmes, Unit Manager, and Joseph Semon, Counselor, Appellees.**

Supreme Court of Pennsylvania.

Dec. 3, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of December, 2003, probable jurisdiction is noted and the order appealed is affirmed.